## Commonwealth *v.* Osborn, Appellant.

Submitted November 10, 1969. *Louis D. Musica,* for appellant; *David P. Truax,* Assistant District Attorney, and *Paul D. Shafer, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the petition.

WRIGHT, P. J., and JACOBS, J., would affirm on the opinion of President Judge THOMAS.